601

602

243 So.2d 272

**STATE of Louisiana, Through the DEPART-MENT OF HIGHWAYS**

v.

**James B. McPHERSON, Jr.**

**No. 51091.**

Feb. 4, 1971.

It is ordered that the writ of review is-sue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be no-tified.

DIXON, J., recused.

243 So.2d 272

**STATE of Louisiana ex rel. Adam A. LAWRENCE**

v.

**Louis A. HEYD, Jr., Criminal Sheriff, Parish of Orleans.**

**No. 51162.**

Feb. 4, 1971.

Trial Court order in-creasing bail to $25,000.00 is rescinded and set aside. The State's relief under the facts reflected in the returns is under C.Cr. P. Art. 644 and not by increased bail.